No. 82–915.   DONNELL ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 82–916.   HERBERT *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 82–920.   CAIN *v.* MEDTRONIC, INC., ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–933.   BROOKSIDE LIMITED PARTNERSHIP *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 82–934.   BASIC/FOUR CORP. *v.* CENTRAL MICROFILM SERVICE CORP.   C. A. 8th Cir.   Certiorari denied.

No. 82–937.   ROBINSON, TRUSTEE IN BANKRUPTCY OF D. C. SULLIVAN & CO., INC. *v.* CONSOLIDATED SERVICE CORP. ET AL.; and

No. 82–1004.   SULLIVAN *v.* ROBINSON, TRUSTEE IN BANKRUPTCY OF D. C. SULLIVAN & CO., INC.   C. A. 1st Cir.   Certiorari denied.   Reported below: 685 F. 2d 729.

No. 82–939.   REQUENA *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 82–951.   KEITH *v.* SMITH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 82–955.   WOOD ET AL. *v.* LEIST ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–961.   SOUTH DAKOTA EX REL. AURORA COUNTY ET AL. *v.* OLGILVIE, TRUSTEE OF CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO.   C. A. 7th Cir.   Certiorari denied.